CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
03/16/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

SULLIVAN MECHANICAL CONTRACTORS, INC.,

    Plaintiff,

v.                                                                                  Civil Action No. __3:20-cv-00013__

KBE BUILDING CORPORATION,

    Serve: Corporation Service Company, Registered Agent
           100 Shockoe Slip, Floor 2
           Richmond, VA 23219

    Defendant.

## COMPLAINT

Plaintiff Sullivan Mechanical Contractors, Inc. ("Sullivan"), by counsel, for its Complaint against Defendant KBE Building Corporation ("KBE"), states as follows:

### Nature of Action

1. Sullivan brings this action for breach of contract against KBE.

2. KBE acted as general contractor for the construction of a new dormitory at the University of Virginia in Charlottesville, Virginia. Sullivan entered into a subcontract with KBE for plumbing and HVAC work. KBE has not paid Sullivan the amounts due for its work and is in breach of contract. KBE owes Sullivan $579,025.58.

### Parties

3. Sullivan is a Virginia corporation with a principal place of business in Shenandoah, Virginia.

4. KBE is a Connecticut corporation with a principal place of business in Farmington, Connecticut.

## Jurisdiction & Venue

5. This Court has subject matter jurisdiction under 28 U.S.C. § 1332. The parties are citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

6. This Court has personal jurisdiction over KBE and venue is proper in this forum under 28 U.S.C. § 1391(b). The subcontract between Sullivan and KBE requires that suit be filed in Virginia, and as also explained herein, KBE reached into this forum and performed substantial business activities here, and a substantial part of the events or omissions giving rise to this action occurred in this forum.

## Facts

7. On or about November 17, 2017, KBE and the Commonwealth of Virginia and the Rector and Visitors of the University of Virginia (collectively, the "Owner") entered into a contract for the construction of the University of Virginia Brandon Avenue Upper Class Housing located at 600 Branson Avenue, Charlottesville, Virginia (the "Project").

8. On or about April 11, 2018, KBE and Sullivan entered into a Subcontract Agreement (the "Subcontract") to furnish and install all plumbing and HVAC work at the Project for $5,095,000. A copy of the Subcontract is attached as **Exhibit 1**.

9. The Subcontract provides for increases in the amount due to Sullivan for additions to the scope of work.

10. Sullivan commenced its work on the Project on or around June 6, 2018. Sullivan continued its work thereafter with diligence and performed all its work under the Subcontract in a good and workmanlike manner and in conformance with the Subcontract.

11. During the course of the Project, KBE directed Sullivan to perform substantial changes and additions to the scope of work. As a result, and through no fault of its own, Sullivan incurred substantial additional costs for the labor, materials, and equipment it furnished to the Project which remain unpaid.

12. During the course of the Project, Sullivan informed KBE of such issues and requested compensation for the labor, materials, and equipment it furnished to the Project, and timely submitted change orders for these additional costs.

13. KBE is required to pay Sullivan upon payment from the Owner for Sullivan's work. KBE has been paid by the Owner but has refused to pay Sullivan for its billings in August 2019, September 2019, November 2019, December 2019, and March 2020.

14. KBE owes Sullivan for the labor, materials, and equipment it furnished in the following amount: $579,025.58, consisting of the original contract amount of $5,095,000.00, plus approved change orders of $375,713.97 and pending change orders of $30,889.30, less amount paid to date of $4,922,577.69.

## COUNT I
## Breach of Contract

15. Sullivan incorporates the above allegations.

16. Sullivan entered into a valid and enforceable contract with KBE and is entitled to payment for its work in furtherance of the Project.

17. Despite Sullivan fully and faithfully performing the work under the Subcontract, KBE refuses to pay Sullivan for all amounts due.

18. KBE's refusal to pay Sullivan constitutes a material breach of contract.

19. KBE's breach has caused Sullivan damages in the amount of $579,025.58, plus interest.

WHEREFORE, Plaintiff Sullivan Mechanical Contractors, Inc. moves for judgment against KBE Building Corporation in an amount not less than $579,025.58, plus interest and costs and such additional relief the Court deems proper.

                                          SULLIVAN MECHANICAL CONTRACTORS, INC.
                                          By Counsel

/s/ Andrew S. Baugher
ANDREW S. BAUGHER (VSB #74663)
Flora Pettit PC
90 North Main Street, Suite 201
P. O. Box 1287
Harrisonburg, Virginia 22803
Tel: (540) 437-3138
Fax: (540) 437-3101
asb@fplegal.com
*Counsel for Plaintiff*

813740