IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

SULLIVAN MECHANICAL CONTRACTORS, INC.,

    Plaintiff,

v.                                              Civil Action No. 3:20-cv-00013

KBE BUILDING CORPORATION,

    Defendant.

## **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff Sullivan Mechanical Contractors, Inc. ("Sullivan"), by counsel and pursuant to Fed. R. Civ. P. 55(b), moves for entry of default judgment against Defendant KBE Building Corporation ("KBE") on the following grounds:

1. Sullivan filed its Complaint against KBE on March 16, 2020 (ECF No. 1).

2. Service of process was made on KBE's registered agent on March 18, 2020 (*see* Affidavit of Process Server, ECF No. 4).

3. KBE failed to file a timely response, which rendered it in default.

4. Upon Sullivan's motion, the Clerk of Court issued an Entry of Default on April 9, 2020 (ECF No. 6).

5. Pursuant to Fed. R. Civ. P. 55(b), Sullivan is entitled to default judgment against KBE. As set forth in Sullivan's Complaint and the attached affidavit at Exhibit 1, Sullivan is entitled to an award of damages against KBE in the amount of $579,025.58, plus interest at the judgment rate of 6% pursuant to Va. Code § 6.2-302 until paid in full. Sullivan also incurred $442 in costs for filing and service fees.

WHEREFORE, for the reasons set forth herein, Plaintiff Sullivan Mechanical Contractors, Inc. moves for entry of default judgment against Defendant KBE Building Corporation in the amount of $579,025.58, plus interest at the judgment rate of 6%, and costs in the amount of $442, together with any additional relief the Court deems proper.

SULLIVAN MECHANICAL CONTRACTORS, INC.<br>
By Counsel

/s/ Andrew S. Baugher
ANDREW S. BAUGHER (VSB #74663)
Flora Pettit PC
90 North Main Street, Suite 201
P. O. Box 1287
Harrisonburg, Virginia 22803
Tel: (540) 437-3138
Fax: (540) 437-3101
asb@fplegal.com
*Counsel for Plaintiff*

820180