IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SULLIVAN MECHANICAL CONTRACTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KBE BUILDING CORPORATION, et al., <br><br> Defendants. | Civil Action No. 3:20CV00013 <br><br> **DISMISSAL ORDER** <br><br> By: Hon. Glen E. Conrad <br> Senior United States District Judge |

The plaintiff has filed a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in which plaintiff states that the parties have settled all the claims in this action. In accordance with the stipulation, it is hereby

**ORDERED**

that this action is **DISMISSED WITH PREJUDICE** and shall be **STRICKEN** from the court's active docket.

The Clerk is directed to send a copy of this order to all counsel of record.

DATED: This 29th day of July, 2020.

_____
Senior United States District Judge